# EXHIBIT D

Case 4:20-cv-03897   Document 1-4   Filed on 11/16/20 in TXSD   Page 1 of 2

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Oct 22 04:07:23 EDT 2020

Please logout when you are done to release system resources allocated for you.

List At: OR Jump to record: **Record 4 out of 16**

( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | GLOBALOILER |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Supply chain management services. FIRST USE: 20190701. FIRST USE IN COMMERCE: 20190701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.07.01 - Globes with outlines of continents<br>27.03.05 - Objects forming letters or numerals |
| **Serial Number** | 88807733 |
| **Filing Date** | February 24, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) **Rebound International**, LLC LIMITED LIABILITY COMPANY TEXAS 150 W Sam Houston Pkwy N Ste. 2000 Houston TEXAS 77024 |
| **Attorney of Record** | Michael Spradley |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GLOBAL" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the words "Global Oiler" with a globe appearing inside the "O". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |