# EXHIBIT E



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Oct 22 04:07:23 EDT 2020*

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ____  OR  Jump  to record: ____   **Record 1 out of 2**

**( Use the "Back" button of the Internet Browser to return to TESS)**

# Global Oiler

| | |
|---|---|
| **Word Mark** | GLOBAL OILER |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Supply chain management services. FIRST USE: 20190701. FIRST USE IN COMMERCE: 20190701 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88807768 |
| **Filing Date** | February 24, 2020 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Rebound International, LLC LIMITED LIABILITY COMPANY TEXAS 150 W Sam Houston Pkwy N Ste. 2000 Houston TEXAS 77024 |
| **Attorney of Record** | Michael Spradley |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GLOBAL" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY