# EXHIBIT F



**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Oct 22 04:07:23 EDT 2020*

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___  OR  Jump  to record: ___   **Record 7 out of 16**

( Use the "Back" button of the Internet Browser to return to TESS)

| | |
|---|---|
| **Word Mark** | GO |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Supply chain management services. FIRST USE: 20190701. FIRST USE IN COMMERCE: 20190701 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.07.01 - Globes with outlines of continents<br>01.15.03 - Fire (flames), other than emanating from objects, words, numbers, fireplaces or candles ; Flames, other than flames emanating from objects, words, numbers, fireplaces or candles<br>26.01.03 - Circles, incomplete (more than semi-circles) ; Incomplete circles (more than semi-circles)<br>26.17.25 - Other lines, bands or bars |
| **Serial Number** | 88632262 |
| **Filing Date** | September 26, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 4, 2020 |
| **Registration Number** | 6037158 |
| **Registration Date** | April 21, 2020 |
| **Owner** | (REGISTRANT) **Rebound International**, LLC LIMITED LIABILITY COMPANY TEXAS 150 W Sam Houston Pkwy N Ste. 2000 Houston TEXAS 77024 |
| **Attorney of Record** | Michael Spradley |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a stylized image of the letters "G" and "O" forming the word "GO" with an image of the world and a flame in the middle of the letter "O". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC
PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

/