# EXHIBIT H



### Global Oiler Mobile App

The GO app is the first of its kind application that provides real-time updates and tracking on spending and purchasing for all transactions that take place through our on-site SmartBox. Toolpushers, superintendents, area managers, and drilling contractors alike can manage inventory usage and operations reports with our seamless technology. Vendors can also use the app to upload products, set pricing, and track their products' usage. The GO app's interface is intuitive, with a clean design that makes reading spend reports more than simple and managing invoices straight forward. Review purchases, set spend limits,






(https://apps.apple.com/us/app/global-oiler-lite/id1465050870)


(https://play.google.com/store/apps/details?id=com.global.globaloiler)



In the homepage you can access your SmartBox data with the touch of a button. How much you have spent on goods taken out of your SmartBoxes can be seen under "Total Consumption." Below you have a breakdown of goods that have come in and out of the SmartBox

On your homepage you also have access to the year's consumption analysis. Your SmartBox location can easily be seen at the bottom of the page.





Your Dashboard is where you can find delivery tickets, invoices, inventory information, and other details about the goods in your SmartBox. All the information you need can now be quickly accessed in one simple location.

If you have any feedback for us, we'd love to hear it. Feedback, frequently asked questions, and information on your profile and company can all be found under "My Profile"



Contact us:          +1 281-386-1373

info@globaloiler.com

150 W Sam Houston Pkwy N
Ste. 2000
Houston, TX 77024

© 2020 Global Oiler LLC



**Smart MRO Solutions**

Our Platform

**Your Success**

## Global Oiler Mobile App

The GO app is the first of its kind application that provides real-time updates and tracking on spending and purchasing for all transactions that take place through our on-site SmartBox. Toolpushers, superintendents, area managers, and drilling contractors alike can manage inventory usage and operations reports with our seamless technology. Vendors can also use the app to upload products, set pricing, and track their products' usage. The GO app's interface is intuitive, with a clean design that makes reading spend reports more than simple and managing invoices straight forward. Review purchases, set spend limits, and make orders for the SmartBox for one or fifty rigs - all in the palm of your hand.  Anywhere, anytime.

Download (/index.php?s=/Home/WebsiteV2/download.html)



## SMARTBOX

The Efficient Solution to Common Delivery and Inventory Issues

Patent-pending technology runs effectively with our platform so that you can focus on running your oil rig.



GOT A QUESTION?

## Get In Touch With Us

NAME:

WORK PHONE NUMBER:

WORK EMAIL ADDRESS:

COMPANY NAME:

TITLE:

MESSAGE:

Submit

If you would like to learn more about how we are using the latest technology to help your maintenance repair operations, contact us and we will get back to you shortly. Any questions about our company, platform, product, and how we can help you are welcomed.

## Contact Information

+1 281-386-1373

info@globaloiler.com

150 W Sam Houston Pkwy N Ste.2000

Houston, TX 77024



### Mission

At GlobalOiler, our mission is to optimize transactions between vendor and buyer, cut overhead costs for clients, and reduce stress caused by using outdated systems for delivery and inventory management. We do this by using new technology in a smart way to keep operations simple.



### Values

We value innovation, efficiency, and safety. We reinforce these values by modernizing and improving the way rig part ordering and delivery is done.



### Vision

Our vision is to modernized the oil and gas industry so that high-tech logistics and procurement solutions are the standard across all rigs and rig types.

Contact us:   +1 281-386-1373

info@globaloiler.com

© 2020 Global Oiler LLC

150 W Sam Houston Pkwy N Ste. 2000
Houston, TX 77024



