# EXHIBIT I





facebook

Email or Phone | Password | Log In

Forgot account?

Global Oiler LLC
@GlobalOiler

- Home
- Reviews
- Photos
- Posts
- About
- Community

Create a Page

Like | Share | Suggest Edits | ··· | Book Now | Send Message

**Appointment Availability**

Tue, Nov 10

| | | | |
|---|---|---|---|
| 9:00 AM | 9:30 AM | 10:00 AM | 10:30 AM |
| 11:00 AM | 11:30 AM | 12:00 PM | 12:30 PM |
| 1:00 PM | 1:30 PM | 2:00 PM | 2:30 PM |

All times are in CST

See All

**Photos**

See All

**Posts**

Global Oiler LLC

**Global Oiler LLC**
Petroleum Service

**Community** See All

2 people like this

4 people follow this

**About** See All

Contact Global Oiler LLC on Messenger

Petroleum Service

**Page Transparency** See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 17, 2019

**People**

2 likes

**Related Pages**

**Hope City**
Religious Organization

**Edison Chouest Offshore Alaska**
Interest

**Biltmore HOA - Biltmore Swim & …**
Nonprofit Organization

**The Texas PURSE LADY**
Bags/Luggage

**Summit Services**
Environmental Service

See More

Pages ▸ Businesses ▸ Science, Technology &

**See more of Global Oiler LLC on Facebook**

Log In or Create New Account

**Global Oiler LLC now takes appointments on their Page.**

👍 Like       💬 Comment       ➤ Share

**Global Oiler LLC** updated their cover photo.
June 17, 2019

👍 Like       💬 Comment       ➤ Share

See All

See More ▼

Facebook © 2020

See more of Global Oiler LLC on Facebook

[ Log In ]   or   [ Create New Account ]